David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

In re:

COREY ALLEN SPARKS
ELIZABETH SPARKS,
    Debtor(s)

Bankruptcy No. 08-25806
(Chapter 7)
Judge R. Kimball Mosier

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

\_\_\_ A      The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B      The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Dixie Escalante Electric<br>71 E. Hwy 56<br>Beryl, UT 84714-5197 | $3.89 |
| | Questar Gas<br>Bankruptcy DNR 244<br>1140 West 200 South<br>PO Box 3194<br>SLC, UT 84110-3194 | $3.02 |



| | |
|---|---|
| Outsource Receivables<br>PO Box 166<br>Ogden, UT 84402 | $1.25 |
| West Verizon Wireless<br>Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61701 | $2.63 |

A check in the amount of $10.79 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: August 23, 2010

DAVID L. MILLER
Chapter 7 Trustee